UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

BERNARD GARI, SR., aka
BERNARDINO SOSA GARCIA,

          Defendant.

No. SACV 10-00451-CJC (RNBx)

JUDGMENT

Honorable Cormac J. Carney

    This matter came before the Court on the Complaint filed by the United States of America and upon the motion for summary judgment filed by the United States. After reviewing the pleadings, the motion for summary judgment, the response thereto, and considering the arguments of the parties, the Court finds that there is no genuine issue of material fact, and that the United States is entitled to judgment on Counts I and III of the Complaint.

    Accordingly, Court hereby ORDERS that judgment be entered for the United States.

    The Court FURTHER ORDERS as follows: (1) Benard Gari, Sr.'s United States citizenship is revoked;  (2) Gari is restrained and enjoined from claiming any rights, privileges, benefits, or advantages under any document evidencing United States citizenship; and (3) Gari is ordered to surrender the following by hand or overnight commercial courier to undersigned counsel for the United States located in Washington, D.C., within 10 days of entry of the Order:  (a) Certificate of Naturalization No. 13964065, and any copies thereof in Gari's possession; (b)

any and all United States passports issued to Gari, whether valid or expired, and any copies thereof, in Gari's possession; and (c) any and all other indicia of United States citizenship pertaining to Gari.

The Court FURTHER ORDERS that each party will bear its own costs and fees incurred in this action, including but not limited to fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

The Court FURTHER ORDERS that the Court shall retain jurisdiction of this matter for purposes of construction, modification, and enforcement of this judgment.

Dated: June 15, 2012

_____
Honorable Cormac J. Carney
United States District Judge